UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CV-00554-FDW

| | |
|---|---|
| DARLENE MICHELLE HELMS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Acting Commissioner's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. No. 14). The Acting Commissioner requests this Court enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose this Motion. For the reasons stated therein, the Court **GRANTS** the Acting Commissioner's Consent Motion for Reversal and Remand. (Doc. No. 14).

Accordingly, pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions, under sentence four of 42 U.S.C.§ 405(g), this Court hereby **REVERSES** the Commissioner's decision with a **REMAND** of the case to the Commissioner for further proceedings consistent with the Consent Motion.

IT IS SO ORDERED.

Signed: March 8, 2023

Frank D. Whitney
United States District Judge